NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-828

GLYNIS MARIELE WARNER

VERSUS

GILFORD WARNER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, DOCKET NUMBER 2001-4149
HONORABLE LILYNN CUTRER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Henry R. Liles
Attorney at Law
P.O. Box 3717
Lake Charles, Louisiana 70602
(337) 433-8529
COUNSEL FOR APPELLEE:
    Glynis Mariele Warner


Gilford Peyton Warner/Appellant
In Proper Person
5410 E. Broad Street
Sulphur, Louisiana 70615